UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOSAYA JOHNSON TRIPLETT,<br><br>                Petitioner,<br><br>    v.<br><br>M. PALLARES,<br><br>                Respondent. | Case No. LACV 21-4805-DSF (LAL)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 8, 2022

                                                                      HONORABLE DALE S. FISCHER<br>
                                                                      UNITED STATES DISTRICT JUDGE